UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                      Criminal No. 12-cr-43-01-JD

Joseph Edwards

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Trial is continued to the two-week period beginning October 16, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                                 /s/ Joseph A. DiClerico, Jr.
                                                                Joseph A. DiClerico, Jr.
                                                                United States District Judge

Date: August 7, 2012

cc: Jonathan Saxe, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation